## 848    CASES REPORTED WITH BRIEF SYLLABI.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK PINNEY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs in time for argument at opening of May term.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LIZZIE MITCHELL, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs in time for argument at opening of May term.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BARNEY KLEIMAN, Respondent, v. CLEAN WASH PAINT & VARNISH REMOVER Co., INC., and Others, Appellants.— Appeal dismissed unless appellant shall be ready for argument at the opening of the May term.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HORROCKS DESK COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion to preclude respondent from being heard on argument granted unless respondent shall file and serve printed briefs by April fifteenth and be ready for argument at opening of May term.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

RICHARD CLAXTON HALLOCK, Appellant, v. ALICE M. FAIRCHILD and Others, Respondents.— Appeals in all six cases dismissed unless appellants shall file and serve printed briefs by March fourteenth, shall pay to respondents' attorney ten dollars, and the appeals may thereafter be argued at respondents' option. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FANNIE MULLER, Respondent, v. BERNARD MOORHEAD and Others, Appellants. — Appeal dismissed unless appellants shall file and serve printed papers and brief in typewritten form by April twentieth, and shall be ready to argue the appeal at the opening of the May term.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PENNSYLVANIA RAILROAD COMPANY, Respondent, v. BARNEY BERMAN, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers on appeal by April sixth.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor. JJ.

JENNIE HOLLENBECK, as Administratrix, etc., of HERMAN HOLLENBECK, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by March twenty-fourth and argue the appeal during that week.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES A. O'CONNOR, as Administrator, etc., of HENRY WILLIAMS, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by March eighteenth.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CATHERINE F. BLACK, as Administratrix, etc., of ETHEL M. BLACK, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, Impleaded with Another, Defendant.— Appeal dismissed unless appellants shall file and serve printed papers and briefs in typewritten form by March twenty-fourth and argue the appeal during that week.    Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.